ACCEPTED
04-14-00734-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 3:13:01 PM
KEITH HOTTLE
CLERK

NO. 04-14-00734CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/16/2015 3:13:01 PM
KEITH E. HOTTLE
Clerk

IN THE

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

SANDRA SAKS, LEE NICK MCFADIN, III, and MARGARET LANDEN SAKS,

Appellants

v.

BROADWAY COFFEEHOUSE, LLC,

Appellee

## AMENDED CERTIFICATE OF CONFERENCE TO APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

NOW COMES Appellee, BROADWAY COFFEEHOUSE, LLC ("COFFEEHOUSE"), and files this Amended Certificate of Conference to its Motion to Extend Time to File Brief, and would respectfully show the Court as follows:

I.

Counsel for COFFEEHOUSE has conferred with counsel for Appellants, who has indicated that Appellants no longer oppose the relief requested in this Motion.

WHEREFORE, COFFEEHOUSE respectfully requests that Appellee's Unopposed Motion to Extend Time to File Brief be granted.

Respectfully submitted,

CURL STAHL GEIS
A PROFESSIONAL CORPORATION
700 North St. Mary's Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 226-2182
Telecopier: (210) 226-1691

BY: *Herbert S. Hill*
PAUL T. CURL
State Bar No. 05255200
ptcurl@csg-law.com
BRITTANY M. WEIL
State Bar No. 24051929
bmweil@csg-law.com
HERBERT S. HILL
State Bar No. 24087722
hshill@csg-law.com

ATTORNEYS FOR APPELLEE
BROADWAY COFFEEHOUSE, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2015, a true and correct copy of the above and foregoing document was served via electronic mail and/or electronic service through ProDoc to the following:

Mr. Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telecopier: (210) 224-0141
Email: royal@binghamandlea.com

Mr. Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
Email: ross_law@hotmail.com

Ms. Lauren Saks Merriman
825 West Fulton Market, Unit 2
Chicago, Illinois 60607
Email: laurenmerriman@theblackbook-group.com

_____
HERBERT S. HILL